UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020
```

STEPHEN BUSHANSKY,

          Plaintiff,

-against-

EQM MIDSTREAM PARTNERS, LP, et al.,

          Defendants.

1:20-cv-03183 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Complaint in this action was filed on April 22, 2020 [ECF #1]. Proof of service of the Complaint was never filed, and the time to serve Defendants expired several months ago. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 9, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date:  November 9, 2020
         New York, NY

                                      **MARY KAY VYSKOCIL**
                                      United States District Judge